**Order entered September 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00336-CR
No. 05-15-00337-CR

**CHARLES ANTHONY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-49252-V, F11-49253-V**

## ORDER

By order dated August 27, 2015, we struck the appellant's brief because it contained the full name of a complaining witness of one of the underlying cases. Appellant filed an amended brief on that same date, but the brief was inadvertently not docketed as an amended brief. The amended brief has now been correctly docketed as such. Accordingly, we **VACATE** our order of September 24, 2015.

/s/     ADA BROWN
         JUSTICE